**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
CASE NO.: 8:11-cv-02773-VMC-AEP

KENDRICK E. DULDULAO,

    Plaintiff,

vs.

EULOGIA RESTAURANT REG INC., a Florida corporation, d/b/a PEPITOS AFTERHOURS,

    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT EULOGIA RESTAURANT REG INC., d/b/a PEPITOS AFTERHOURS

Plaintiff, KENDRICK E. DULDULAO, pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, and the undersigned having just been informed and confirmed that the subject facility is closed and no longer open to the public, hereby respectfully requests that Defendant EULOGIA RESTAURANT REG INC., d/b/a PEPITOS AFTERHOURS, be dismissed without prejudice.

Dated this 5th day of September, 2012.

Respectfully submitted,

By: _____
B. BRADLEY WEITZ, Esq.
Florida Bar No. 479365
THE WEITZ LAW FIRM, P.A.
Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160
Telephone: (305) 949-7777
Facsimile: (305) 704-3877
BBW@weitzfirm.com
Attorney for Plaintiff

                    **SO ORDERED:**

                    _____
                    **United States District Judge**